# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter Rickmyer

                           Plaintiff(s),

vs.

Michael (KIP) Browne, Jordan Area Community Council, Megan Goodmundson, John Willard Hoff, Will McDonald in his individual capacity and John does 1-3

                         Defendant(s).

Case No. 13cv141 PAM/FLN
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
    YES _x_   NO ___



## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    | | |
    |---|---|
    | Name | Peter Richard Rickmyer |
    | Street Address | 2118 25th Avenue North |
    | City | Minneapolis |
    | State & Zip Code | Minnesota 55411 |
    | Telephone Number | 612-516-2853 |

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

    Name    Michael (KIP) Browne

    Street Address    350 South Fourth Street, suite 239

    City    Minneapolis

    State & Zip Code    Minnesota 55415

b. Defendant No. 2

    Name    Jordan Area Community Council

    Street Address    2901 Emerson Avenue North, Suite 108

    City    Minneapolis

    State & Zip Code    Minnesota 55411

c. Defendant No. 3

    Name    Megan Goodmundson

    Street Address    2718 Newton Avenue North

    City    Minneapolis

    State & Zip Code    Minnesota, 55411

d. Defendant No. 4

    Name    John Willard Hoff

    Street Address    2226 Bryant Avenue North

    City    Minneapolis

e.     State & Zip Code    Minnesota 55411

    Defendant No. 5

    Name    William McDonald

      Street Address        300 South 6th Street, Suite A-800

      City        Minneapolis

      State & Zip Code      Minnesota 55487

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    X Federal Question      ☐ Diversity of Citizenship

4. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    X Defendant(s) reside in Minnesota    X Facts alleged below primarily occurred in Minnesota

    G Other: explain

## STATEMENT OF THE CLAIM

5. Plaintiff Peter Rickmyer ("Rickmyer", "I", "me") resides in Jordan Neighborhood which has a neighborhood organization called Jordan Area Community Council ("JACC) which I was a member of.

6. Defendant ("d.") Michael (KIP) Browne lives in Jordan Neighborhood and a member of and held leadership role in JACC in 2009, 2010 and 2011 and continue to have close ties with JACC.

7. D. Megan Goodmundson ("Goodmundson") is a eligible member or member and or on board of directors of JACC between 2009-2013 and significant other is d. John Willard Hoff.

8. D. John Willard Hoff ("Hoff") is a eligible member or member of JACC who operates a website called The Adventures of Johnny Northside.

9. D. William McDonald ("McDonald") is a employee of Hennepin County Department of Corrections ("HCDOC") who at relevant times supervised Plaintiff Rickmyer.

10. Plaintiff Peter Rickmyer sometime in February of 2009 requested JACC to vacate 2009 James Avenue North since it was inappropriate for their organization to hold public events and have their headquarters their and told them it appeared they were disguising a bribe as rent payments by paying top dollar to rent a foreclosed home.

11. D. Browne, Goodmundson and Hoff retaliated against Plaintiff Rickmyer for complaining of JACC's blatant disrespect for persons with disabilities by violating ("ADA") and suggesting they were bribing their landlord Aky-Berg.

12. Plaintiff Rickmyer attempted to stop the harassment by attempting to access the Courts by requesting restraining order and filing a lawsuit, the d. Browne, Goodmundson, Hoff and JACC took steps to deprive Plaintiff Rickmyer constitutional rights of freedom of speech, access to court, due process, freedom of liberty by having d. McDonald give me directives and or violate my parole.

13. D. Hoff requested McDonald for relief after being served in existing case 27-cv-10-3378 by process server on March 2, 2011, D. McDonald as Hoff's representative requested (ex-parte) the summons be not accepted, Judge Blaeser honored the request by ex-parte and ruled summons was no good.

14. D. McDonald on behalf of d. Browne, Goodmundson, Hoff and JACC falsely accused me of violating the courts order and therefore violated his directive for sole purposes of incarceration for voicing my opinion, accessing the courts. D. Goodmundson ("her") is a known liar to me who lied to McDonald stating I was harassing and stalking her in the Hennepin County government center. Which I was charged with but dismissed.

15. D. McDonald committed fraud upon the Judicial system when he lied in the administration hearing of Minnesota Department of Corrections Hearing so to get rid of me by having me incarcerated on behalf of d. Browne, Goodmundson, Hoff and JACC.

16. D. McDonald violated my parole three separate times to either silence me and or get rid of me by incarceration or in custody some agencies call it house arrest and or curfew.

REQUEST FOR RELIEF

$305 dollars each day my liberty was restrained by incarceration or house arrest or curfew.

Dated: January 16, 2013

Signature of Plaintiff

Peter Rickmyer
2118 25th Avenue North
Minneapolis, Minnesota 55411
612-516-2853