Rickmyer

v

Browne et al

13-CV 141 PAM-FLN

**RECEIVED**
JAN 17 2013
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Please withdraw complaint as it has deficiencies (dismissal)

Peter Rickmyer



SCANNED
JAN 17 2013
U.S. DISTRICT COURT MPLS